UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

------------------------------------------------------- X
TEMPUR-PEDIC NORTH AMERICA, :
LLC; TEMPUR-PEDIC MANAGEMENT, :
LLC; and DAN-FOAM ApS, :
:
       Plaintiffs, :
: Civil Action No. 8:18-cv-02147-VMC-SPF
  -against- :
:
MATTRESS FIRM, INC.; THER-A-PEDIC :
ASSOCIATES, INC.; SINOMAX GROUP :
LIMITED, and SINOMAX USA, INC., :
:
       Defendants. :
:
------------------------------------------------------- X

# DECLARATION OF RICHARD W. ANDERSON

I, Richard W. Anderson, pursuant to 28 U.S.C. § 1746, do hereby declare as follows:

1.    I am the Executive Vice President & President of North America for Tempur Sealy International, Inc. ("Tempur Sealy"). My responsibilities include consumer marketing and sales. I first joined Tempur-Pedic North America, LLC ("Tempur"), which is now a subsidiary of Tempur-Sealy, in 2006. Prior to joining Tempur-Pedic, I worked for The Gillette Company where I served as a Vice President of Marketing for Oral-B and Braun in North America. I also served as Vice President of Global Business Management for Duracell, overseeing consumer marketing, branding, product development and strategic planning worldwide. I hold a B.S. and MBA from Virginia Tech. I have personal knowledge of the facts set forth herein and/or have reviewed business records to support the facts set forth herein.

2.    The Plaintiffs, Tempur-Pedic North America, LLC ("Tempur"), Tempur-Pedic Management, LLC ("TPM"), and Dan-Foam ApS ("Dan-Foam") (collectively, "Tempur-Pedic") are indirect, wholly-owned subsidiaries of Tempur Sealy.

48510378v.2

3. Tempur-Pedic is among the most well-known suppliers of premium bedding products, including mattresses, pillows, and other comfort products in the U.S.

4. Tempur-Pedic's products are sold at more than 8,000 authorized retail locations throughout the United States (the "Authorized Retailers") and 46 stand-alone Tempur-Pedic retail stores (the "Tempur-Pedic Stores"). Tempur-Pedic's products can also be purchased online.

5. Dan-Foam owns numerous trademark registrations with the United States Patent and Trademark Office ("USPTO") for trademarks comprised of the mark TEMPUR-PEDIC.

6. True and correct copies of those USPTO certificates of registration are attached as **Exhibit A.**

7. Tempur and TPM are authorized to use the marks for which Dan-Foam owns registrations.

8. Tempur-Pedic also owns or uses unregistered TEMPUR-PEDIC and TEMPUR-PEDIC-formative trademarks.

9. The registered and unregistered trademarks owned and/or used by Tempur-Pedic are collectively referred to herein as the "Tempur-Pedic Marks."

10. Tempur-Pedic has continuously used, advertised and promoted the Tempur-Pedic Marks within the United States since 1992.

11. Tempur-Pedic has spent substantial time, effort, and money to ensure, including through its promotional, advertising and marketing activities, that consumers associate the Tempur-Pedic Marks exclusively with Tempur-Pedic.

12. As a result of the foregoing efforts, the Tempur-Pedic Marks became famous among the consuming public of the United States long before 2018 and has remained famous ever since.

13. In January 2018, Tempur-Pedic launched its new Adapt and Pro-Adapt lines of mattresses at the Las Vegas Market. The Las Vegas Market is the world's largest trade show in the bedding industry. The Pro-Adapt mattresses were very well-received at the event and have subsequently been written about in the press.

14. As with all of its marketing efforts, the Pro-Adapt mattress was designed with great care and serves to distinguish Tempur-Pedic mattresses from the mattresses of the competition. It took nearly 18 months to design the look and feel of Adapt and Pro-Adapt.

15. As shown in the below image, the Pro-Adapt mattresses consist of the following design elements: (i) a black/charcoal gray mattress; (ii) a white mattress cover with colored grooves/ridges and colored trim; and (iii) the TEMPUR-PEDIC word mark in white, block letters at the left foot of the mattress (collectively the "Pro-Adapt Trade Dress").

16. Also as shown in the image below, the Pro-Adapt mattresses have a product name tag as a descriptor in the lower right corner.



17. Tempur-Pedic is the exclusive owner/user of the Pro-Adapt Trade Dress.

18. Additional images and marketing materials featuring the Pro-Adapt mattresses are attached as **Exhibit B**.

19. Some elements of the Pro-Adapt Trade Dress are used in all Tempur-Pedic mattress designs, including the diagonal slants at the corners of the white mattress covers together with specific colored trims.

20. TPM owns federal registrations for those trade dress elements (the "Registered Trade Dress").

21. True and correct copies of the USPTO certificates of registration for the Registered Trade Dress are attached as **Exhibit C**.

22. Tempur is authorized to use the Registered Trade Dress.

23. Tempur-Pedic uses a common set of elements in all of its marketing materials, including the locations at which Tempur-Pedic products are sold. These materials were designed to, and do, instantly call the Tempur-Pedic brand to mind. In every instance, these elements consist of the following: (i) Tempur-Pedic mattresses reflecting one or more of the Tempur-Pedic Marks at the left foot of the mattress; (ii) the Registered Trade Dress; (iii) a cloth "runner" along the foot of the mattress; (iv) a product description with similar typeface and sizing on the left side of the runner; (v) split-screen posters reflecting one or more of the Tempur-Pedic Marks and images of a model or models; and (vi) use of a snowflake design (collectively the "Marketing/Store Display Trade Dress").

24. The Tempur-Pedic Marks, Pro-Adapt Trade Dress, Registered Trade Dress, Marketing/Store Display Trade Dress and other items that contribute to the overall look and feel

of Tempur-Pedic, including Tempur-Pedic's advertising, and related consumer experience are collectively referred to as the "Tempur-Pedic Brand."

25.     The Tempur-Pedic Brand was developed with care and is extremely valuable to Tempur-Pedic.  Each Tempur-Pedic Store, each Tempur-Pedic display at Authorized Retailers, and every other consumer interaction with Tempur-Pedic was carefully designed to comport with, and instantly call to mind, the Tempur-Pedic Brand.

26.     The Tempur-Pedic Brand permeates the Tempur-Pedic Stores as well as the space dedicated to Tempur-Pedic products at the Authorized Retailers, and serves to distinguish Tempur-Pedic from its competitors.

27.     True and correct copies photographs showing how the Tempur-Pedic Brand appears at the Tempur-Pedic Stores are attached as **Exhibit D**.

28.     Tempur-Pedic has spent and continues to spend considerable sums of money advertising the Tempur-Pedic Brand.  Since 2005, Tempur-Pedic has invested over $1 billion building the Tempur-Pedic Brand in North America.  In 2016 alone, Tempur-Pedic spent more than $61 million on direct advertising.  This does not include advertising for the brand through Authorized Retailers.  Tempur-Pedic's marketing spend is justified by its strong sales.  In 2016, Tempur-Pedic shipped approximately $1 billion in products under the Tempur-Pedic Brand.  Last year, despite losing its largest customer (which as discussed below was Mattress Firm, Inc. ("MF")), Tempur-Pedic still shipped approximately $800 million in products.

29.     Prior to January 1, 2017, Tempur-Pedic supplied MF with bedding products for resale for nearly twenty years.  During that time, MF accurately branded itself as the number one bedding retailer for Tempur-Pedic in the United States.  In January 1, 2014, Tempur-Pedic and MF entered into  a Master Retailer Agreement ("MRA").

30. Through the MRA, Tempur-Pedic gave MF the right to sell its products at MF's retail stores. The MRA also gave MF the right to use the Tempur-Pedic Brand.

31. When Tempur-Pedic authorizes stores to sell its products—as it did with MF through the MRA—the retailers dedicate a portion of their floor space to Tempur-Pedic products only. The Tempur-Pedic Brand permeates, at a minimum, the floor space dedicated to Tempur-Pedic products.

32. True and correct copies of photographs showing how authorized retailers use the Tempur-Pedic Brand in connection with selling Tempur-Pedic products are attached as **Exhibit E**.

33. In the case of MF, the Tempur-Pedic Brand often went well beyond the floor space dedicated to Tempur-Pedic products. For example, the below photograph shows how one MF location touted the one element of the Tempur-Pedic Brand even more prominently than the MF brand on its outdoor signage.



34. MF also relied heavily on the Tempur-Pedic Brand in its other marketing. For example, at the time it was an authorized retailer, Tempur-Pedic was the first brand listed on the MF website, which featured the Tempur-Pedic Brand heavily:



35. In late January 1, 2017, MF announced its intention to terminate the MRA. After waiting nearly a week for MF to follow through on its announced intention, Tempur-Pedic terminated the MRA effective immediately. At MF's request, the parties then entered into a letter agreement that extended certain of MF's rights under the MRA through April 3, 2017. Tempur-Pedic made very clear, however, that MF was not to sell Tempur-Pedic products or use the Tempur-Pedic Brand after that date. Nonetheless, MF continued to sell Tempur-Pedic products and use the Tempur-Pedic Brand after April 3, 2017.

36. On April 7, 2017, Tempur-Pedic initiated a lawsuit against MF for, among other things, trademark infringement and breach of contract in the United States District Court for the Southern District of Texas (the "Texas Action").

37. MF continued to use the Tempur-Pedic Brand until the Court in the Texas Action entered an order enjoining MF from doing so on July 11, 2017. The Texas action remains ongoing, but the injunction restraining MF's use of the Tempur-Pedic Brand has remained and remains in place.

38. A true and correct copy of the order enjoining MF in the Texas Action is attached as **Exhibit F**.

39. In or around mid-August 2018, I was informed by Tempur-Pedic employees that a MF location in or around Tampa, Florida had been set up to sell mattresses under the "Therapedic" name, and that the products and floor space dedicated to those products looked strikingly similar to Tempur-Pedic's products and the Tempur-Pedic Brand.

40. I directed Tempur-Pedic employees to photograph the subject MF location and send me the photographs.

41. True and correct copies of the photographs sent to me per my instructions are attached as **Exhibit G**.

42. In or around late August 2018, I personally visited the MF website, www.mattressfirm.com, and saw that the same Therapedic mattresses photographed at the Tampa MF location are also being offered for sale through the MF website.

43. True and correct copies of screenshots of the Therapedic mattresses offered for sale on the MF website are attached as **Exhibit H**.

44. I also saw on the MF website that Sinomax USA, Inc. is identified as the entity that provides the warranty for the Therapedic mattresses sold by MF.

45. A true and correct copy of a screenshot showing the warranty information for Therapedic mattresses offer for sale on the MF website is attached as **Exhibit I**.

46. Tempur-Pedic provides the warranty for its own products. Unrelated third parties are not used to manufacture, distribute, or warranty Tempur-Pedic products.

47. In or around late August 2018, I directed Tempur-Pedic employees to personally visit other MF locations in Florida to see if they were selling the similar looking Therapedic mattresses. One field sales consultant, Mike Laudicina, reported that the MF sales person at a

MF location in Gainseville, Florida pulled up the Therapedic mattresses being sold on the MF website on her computer and said "this actually looks like Tempur-Pedic."

48. A true and correct copy of the email from Mike Laudicina is attached as **Exhibit J**.

49. Ther-a-Pedic Associates, Inc. ("Therapedic") owns trademark registrations for THERAPEDIC, some of which incorporate the below design element (collectively the "Therapedic Marks"):



50. I have reviewed Therapedic's USPTO certificates of registration for the Therapedic Marks, and none of them show use of the sort that appears on the Therapedic mattresses sold by MF.

51. I have also reviewed the Therapedic website, www.therapedic.com. The only use that appears there is similar to the design shown above in Paragraph 49:



52. True and correct copies of the USPTO certificates of registration for the Therapedic Marks, and also of screenshots of the Therapedic website are attached as **Exhibit K**.

53. Wall Street analysts have noted the importance of Tempur-Pedic products to MF's financial stability. A true and correct copy of one such analyst report, annotated, is attached as **Exhibit L**.

54.     Wall Street analysts have noted the importance of Tempur-Pedic products to MF's financial stability. A true and correct copy of one such analyst report is attached as **Exhibit L**.

55. That same analyst report discussed MF's launch of the Therapedic mattresses. In doing so, it noted the striking similarity between MF's Therapedic mattresses and Tempur-Pedic's Pro-Adapt mattresses as well as the similarities in sales displays and price points. According to the analyst report, MF is selling the Therapedic mattresses in approximately sixty stores throughout Florida as a test market, implying that if sales are successful, MF intends to sell these infringing goods in its stores nationwide.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 27, 2018

_____
Richard W. Anderson