UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TEMPUR-PEDIC NORTH AMERICA,
LLC, TEMPUR-PEDIC MANAGEMENT,
LLC, and DAN-FOAM APS,

    Plaintiffs,

v.   Case No. 8:18-cv-2147-T-33SPF

MATTRESS FIRM, INC.,
THER-A-PEDIC ASSOCIATES, INC.,
SINOMAX GROUP LIMITED, and
SINOMAX USA INC.,

    Defendants.
_____/

## ORDER

This cause comes before the Court upon Plaintiffs' Motion for Preliminary Injunction (Doc. 8), which the district judge referred for an evidentiary hearing and the issuance of a Report and Recommendation (Doc. 12). After consideration, it is hereby

ORDERED:

1. Plaintiff's Motion for Preliminary Injunction (Doc. 8) shall be heard on September 25, 2018, at 2:00 p.m.,[1] in Courtroom 11B of the Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, Florida. In accordance with Middle District of Florida Local Rule 4.06(b), the hearing will be limited to the argument of counsel. The Court sets aside no more than four (4) hours for the hearing.

---

[1] To the extent that the parties require additional time prior to the hearing, they may *jointly* move for a new hearing date

2. On or before, September 10, 2018, Plaintiffs are directed to serve upon Defendants a copy of this Order and, to the extent it has not already done so, the Complaint (Doc. 1) and the Motion for Preliminary Injunction (Doc. 8).

3. No later than September 17, 2018, Defendants must file with the Court and deliver to the moving party, all counter or opposing affidavits, and responsive brief pursuant to Local Rule 4.06.

4. Upon review of Defendants' responsive brief, the Court will determine whether an evidentiary hearing, as opposed to a hearing limited to the arguments of counsel, is necessary in this case.[2]

5. All parties are directed to strictly comply with the procedures set forth in Local Rule 4.06.

DONE AND ORDERED in Tampa, Florida, on this 4th day of September 2018.

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE

cc:    Counsel of Record,
       Defendants, *pro se*

---

[2] "While an evidentiary hearing is not always required before the issuance of a preliminary injunction, 'where facts are bitterly contested and credibility determinations must be made to decide whether injunctive relief should issue, an evidentiary hearing must be held.'" *Four Seasons Hotels & Resorts, B.V. v. Consorcio Barr, S.A.,* 320 F.3d 1205, 1211 (11th Cir. 2003) (citing *McDonald's Corp. v. Robertson,* 147 F.3d 1301, 1312 (11th Cir.1998)).