UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TEMPUR-PEDIC NORTH AMERICA,           Case No. 8:18-cv-2147-T-33SPF
LLC; TEMPUR-PEDIC MANAGEMENT,
LLC; and DAN-FOAM ApS,

      Plaintiffs,

v.

MATTRESS FIRM, INC.; THER-A-PEDIC
ASSOCIATES, INC.; SINOMAX GROUP
LIMITED; and SINOMAX USA, INC.,

      Defendants.
_____/

## NOTICE OF SCHEDULING CONFLICT FOR SEPTEMBER 25, 2018 HEARING

COME NOW, Defendant Sinomax USA, Inc. and Defendant Sinomax Group Limited (the "Sinomax Defendants"), by and through their undersigned attorney, and file and serve this Notice of Scheduling Conflict for September 25, 2018 Hearing. The Court has set a hearing in this matter for September 25, 2018 beginning at 2:00 p.m. at the Sam M. Gibbons United States Courthouse in Tampa, Florida. (*See* Doc. 23).[1] Undersigned counsel for the Sinomax Defendants hereby notifies the Court of a scheduling conflict with a previously-set hearing in a separate case pending in the United States District Court for the Middle District of Florida.

In the case *Elite Amenities, Inc. v. Julington Creek Plantation Community Development District*, Case No. 3:17-cv-434-J-25MCR, undersigned counsel is to appear, at 3:00 p.m. on September 25, 2018, for oral argument on pending motions for summary judgment at the Bryan

---

[1] Defendant Mattress Firm, Inc. ("Mattress Firm") previously filed a motion to postpone the hearing. (*See* Doc. 34). However, on September 14, 2018, the Court denied Mattress Firm's motion. (*See* Doc. 41). Had the motion been pending at the time the Sinomax Defendants entered an appearance in this case, the Sinomax Defendants would have joined in Mattress Firm's motion.

1

Simpson United States Courthouse in Jacksonville, Florida.  The Court originally set such hearing on August 29, 2018 to occur on September 25, 2018 beginning at 1:30 p.m.  (*See* Ex. 1).  On September 18, 2018, the Court rescheduled the hearing to occur on September 25, 2018 at 3:00 p.m.  (*See* Ex. 2).

The undersigned attorney represents Defendant Julington Creek Plantation Community Development District in the *Elite Amenities, Inc.* lawsuit.  No other attorney of record for Defendant Julington Creek Plantation Community Development District in the *Elite Amenities, Inc.* lawsuit is available to attend the September 25, 2018 hearing.

> Respectfully submitted,
>
> */s/ Frank Mari*
> Frank M. Mari, Esquire
> Florida Bar No. 93243
> Primary email: fmari@bellroperlaw.com
> Secondary email: nlehman@bellroperlaw.com
> Bell & Roper, P.A.
> 2707 E. Jefferson Street
> Orlando, FL 32803
> Telephone: (407) 897-5150
> Facsimile: (407) 897-3332
> Local Counsel for Sinomax USA, Inc. and Sinomax Group Limited

## CERTIFICATE OF SERVICE

I hereby certify that on September __, 2018, the undersigned electronically filed a true and correct copy of the foregoing with the Clerk of the Court by using CM/ECF.

*/s/ Frank Mari*
Frank M. Mari, Esquire
Florida Bar No. 93243
Primary email: fmari@bellroperlaw.com
Secondary email: nlehman@bellroperlaw.com
Bell & Roper, P.A.
2707 E. Jefferson Street
Orlando, FL 32803
Telephone: (407) 897-5150
Facsimile: (407) 897-3332
Local Counsel for Sinomax USA, Inc. and Sinomax Group Limited