UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF
FLORIDA, TAMPA DIVISION

TEMPUR-PEDIC NORTH AMERICA, LLC;      Case No. 8:18-cv-02147-VMC-SPF
TEMPUR-PEDIC MANAGEMENT, LLC;
and DAN-FOAM ApS,,

    Plaintiffs,

v.

MATTRESS FIRM, INC.; THER-A-PEDIC
ASSOCIATES, INC.; SINOMAX GROUP
LIMITED, and SINOMAX USA, INC.,

    Defendants.
_____/

**DEFENDANT SINOMAX USA, INC. AND DEFENDANT SINOMAX GROUP LIMITED'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO PERMIT USE OF EXEMPLAR MATTRESSES AND OTHER DEMONSTRATIVE AIDS AT <u>PRELIMINARY INJUNCTION HEARING</u>**

Pursuant to Rule 10(c) of the Federal Rules of Civil Procedure, Defendant SINOMAX USA, INC. and Defendant SINOMAX GROUP LIMITED join in Defendant Mattress Firm, Inc.'s Response in Opposition to Plaintiffs' Motion to Permit Use of Exemplar Mattresses and Other Demonstrative Aids at Preliminary Injunction Hearing (Doc. 62, filed on September 21, 2018).

        Respectfully submitted,

        */s/ Frank Mari*
        Frank M. Mari, Esquire
        Florida Bar No. 93243
        Bell & Roper, P.A.
        2707 E. Jefferson Street
        Orlando, FL 32803
        Primary email: fmari@bellroperlaw.com
        Secondary email: nehman@bellroperlaw.com
        Telephone: (407) 897-5150
        Facsimile: (407) 897-3332

Local Counsel for Sinomax USA, Inc. and
Sinomax Group Limited

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2018, the undersigned electronically filed a true and correct copy of the foregoing with the Clerk of the Court by using CM/ECF.

>*/s/ Frank Mari*
>Frank M. Mari, Esquire
>Florida Bar No. 93243
>Bell & Roper, P.A.
>2707 E. Jefferson Street
>Orlando, FL   32803
>Primary email: fmari@bellroperlaw.com
>Secondary email: nlehman@bellroperlaw.com
>Telephone: (407) 897-5150
>Facsimile: (407) 897-3332
>Local Counsel for Sinomax USA, Inc. and Sinomax Group Limited