UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TEMPUR-PEDIC NORTH AMERICA,
LLC, TEMPUR-PEDIC MANAGEMENT,
LLC, and DAN-FOAM APS,

    Plaintiffs,

v.                                   Case No. 8:18-cv-2147-T-33-SPF

MATTRESS FIRM, INC.,
THER-A-PEDIC ASSOCIATES, INC.,
SINOMAX GROUP LIMITED, and
SINOMAX USA INC.,

    Defendants.
_____/

## **ORDER**

This cause comes before the Court upon Plaintiffs' Motion to Permit Use of Exemplar Mattresses and other Demonstrative Aids at Preliminary Injunction Hearing (Doc. 47) and Defendant Mattress Firm, Inc.'s Motion to Quash Subpoena under Rule 45(d)(3) (Doc. 49). On September 21, 2018, the Court held a hearing on these matters. Upon consideration of the parties' arguments and for the reasons stated at the hearing, it is hereby

    ORDERED

1. Plaintiffs' Motion to Permit Use of Exemplar Mattresses and other Demonstrative Aids at Preliminary Injunction Hearing (Doc. 47) is DENIED.

2. With respect to Plaintiffs' Motion for Preliminary Injunction and Defendants' response in opposition, the parties may supplement their briefs with additional photographs. The parties are directed to confer and to provide each other a copy

of the additional photographs intended to be used at the hearing. The parties shall file with the Court the additional photographs by no later than the end of the business day on September 24, 2018. Additionally, electronic copies of any photographs filed in the record may be submitted to the Court using a thumb drive or any other media device at the hearing.

3. Defendant Mattress Firm, Inc.'s Motion to Quash Subpoena under Rule 45(d)(3) is DENIED AS MOOT.[1]

DONE AND ORDERED in Tampa, Florida, in September 21, 2018.

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE

Cc: Counsel of record.

---

[1] At the hearing, Plaintiffs voluntarily withdrew the Subpoena at issue.