# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

TEMPUR-PEDIC NORTH AMERICA, LLC; TEMPUR-PEDIC MANAGEMENT, LLC; and DAN-FOAM ApS,

    Plaintiffs,

vs.

MATTRESS FIRM, INC.; THER-A-PEDIC ASSOCIATES, INC.; SINOMAX GROUP LIMITED, and SINOMAX USA, INC.,

    Defendant.

                                             /

CASE NO.: 8:18-CV-02147-T-33-SPF

## PLAINTIFFS' NOTICE OF FILING ADDITIONAL PHOTOGRAPHS AS EVIDENCE IN SUPPORT OF THEIR MOTION FOR **PRELIMINARY INJUNCTION**

Plaintiffs Tempur-Pedic North America, LLC, Tempur-Pedic Management, LLC and Dan-Foam ApS, in accordance with the Magistrate's Order dated September 21, 2018 [Dkt. No. 66 at ¶ 2] give notice of filing additional photographs, attached to this Notice as Composite Exhibit A, in support of their motion for preliminary injunction [Dkt. No. 8].[1] Copies of the additional photographs were previously shared with counsel for Defendants.

    Respectfully submitted,

    /s Sara S. Whitehead
    SUZANNE BARTO HILL
    Florida Bar No.: 0846694
    E-mail: shill@rumberger.com (primary)
    docketingorlando@rumberger.com and
    shillsecy@rumberger.com (secondary)
    RUMBERGER, KIRK, & CALDWELL, P.A.

---

[1] A Notice of Filing the Declarations of Stephanie Doussard, Jeremy Schachter and John D. Barksdale is being filed contemporaneously with this notice to authenticate the photographs.

A Professional Association
Lincoln Plaza, Suite 1400
300 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802
Tel: 407-872-7300
Fax: (407) 841-2133

SARA S. WHITEHEAD, ESQUIRE
Florida Bar No. 0099218
E-mail: swhitehead@rumberger.com
Secondary emails:
swhiteheadsecy@rumberger.com;
docketingtpa@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
A Professional Association
100 North Tampa Street, Suite 2000
Post Office Box 3390
Tampa, Florida 33601-3390
Telephone: (813) 223-4253
Telecopier: (813) 221-4752

EDWARD F. MALUF, ESQUIRE
(Admitted *pro hac vice*)
Email: emaluf@seyfarth.com
JEREMY A. SCHACHTER, ESQUIRE
(Admitted *pro hac vice)*
Email: jschachter@seyfarth.com
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018
(212) 218-5500

BRANDON L. BIGELOW, ESQUIRE
(Admitted *pro hac vice*)
bbigelow@seyfarth.com
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 300
Boston, MA 02210
Telephone: (617) 946-4800

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 24, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Richard H. Martin, Esquire at Richard.Martin@akerman.com;, Irene Bassel Frick, Esquire at Irene.Basselfrick@akerman.com, Jason L. Margolin, Esquire at Jason.Margolin@akerman.com, and John B. Thomas, Esquire at jthomas@hicks-thomas.com, Robin L. Harrison at rharrison@hicks-thomas.com and Joseph Agostino, Esquire at Agostinoj@gtlaw.com (Counsel for Defendant, Mattress Firm, Inc.); and Jillian M. Askren, Esquire at askrenj@gtlaw.com and Christopher Torres, Esquire at torresch@gtlaw.com (Counsel for Ther-A-Pedic Associates, Inc.); and Frank Mari, Esquire at FMari@bellroperlaw.com (Counsel for Sinomax Group Limited and Sinomax USA).

/s Sara S. Whitehead
SUZANNE BARTO HILL
Florida Bar No.: 0846694
E-mail: shill@rumberger.com
Secondary emails: shillsecy@rumberger.com; @rumberger.com
RUMBERGER, KIRK, & CALDWELL, P.A.
A Professional Association
Lincoln Plaza, Suite 1400
300 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802
(407) 872-7300
Tel: 407-872-7300
Fax: (407) 841-2133

SARA S. WHITEHEAD, ESQUIRE
Florida Bar No. 0099218
E-mail: swhitehead@rumberger.com
Secondary emails: swhiteheadsecy@rumberger.com; docketingtpa@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.

A Professional Association
100 North Tampa Street, Suite 2000
Post Office Box 3390
Tampa, Florida 33601-3390
Telephone: (813) 223-4253
Telecopier: (813) 221-4752

EDWARD F. MALUF, ESQUIRE
(Admitted *pro hac vice*)
Email: emaluf@seyfarth.com
JEREMY A. SCHACHTER, ESQUIRE
(Admitted *pro hac vice)*
Email: jschachter@seyfarth.com
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018
(212) 218-5500

BRANDON L. BIGELOW, ESQUIRE
(Admitted *pro hac vice*)
bbigelow@seyfarth.com
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 300
Boston, MA 02210
Telephone: (617) 946-4800

*Attorneys for Plaintiffs*