# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

TEMPUR-PEDIC NORTH AMERICA, LLC; TEMPUR-PEDIC MANAGEMENT, LLC; and DAN-FOAM ApS,

    Plaintiffs,

vs.

MATTRESS FIRM, INC.; THER-A-PEDIC ASSOCIATES, INC.; SINOMAX GROUP LIMITED, and SINOMAX USA, INC.,

    Defendant.

CASE NO.: 8:18-CV-02147-T-33-SPF

/

## PLAINTIFFS' OBJECTION TO AND MOTION TO STRIKE DEFENDANT MATTRESS FIRM, INC.'S FILING AT DOCKET NO. 72, AND SUPPORTING MEMORANDUM

Plaintiffs, Tempur-Pedic North America, LLC, Tempur-Pedic Management, LLC, and Dan-Foam ApS, pursuant to Local Rule 4.06(b)(3), object to and move to strike Defendant Mattress Firm's filing at Docket No. 72 on the grounds that the materials filed are untimely and exceed the scope of Magistrate Judge Flynn's September 21, 2018 Order permitting the filing of "additional photographs." Instead, Docket No. 72 includes the untimely filing of additional materials (which appear to consist of unauthenticated Tempur-Pedic marketing materials) in support of Mattress Firm's opposition to Plaintiffs' Motion for Preliminary Injunction. In support hereof, Plaintiffs state as follows:

In this Court's Order dated August 29, 2018, the Court referred Plaintiffs' Motion for Preliminary Injunction [Doc. 8] to the Honorable Sean P. Flynn, United States Magistrate Judge, for hearing and the issuance of a Report and Recommendation.

Following that referral, United States Magistrate Judge Flynn entered an Order dated September 4, 2018 directing that Plaintiffs' Motion for Preliminary Injunction shall be heard on September 25, 2018, at 2:00 p.m. [Doc. 23]. Magistrate Judge Flynn's Order further directed Plaintiffs to serve upon Defendants a copy of the Order and, to the extent it has not already done so, the Complaint [Doc. 1] and the Motion for Preliminary Injunction [Doc. 8]. Plaintiffs complied with the Magistrate's Order and filed their Notice of Compliance on September 10, 2018 [Doc. 33].

Magistrate Judge Flynn's Order further directed that "no later than September 17, 2018, Defendants must file with the Court and deliver to the moving party, all counter or opposing affidavits, and responsive briefs pursuant to Local Rule 4.06." Order, ¶ 3. Local Rule 4.06(b)(3) requires "[t]he party or parties opposing the [application for preliminary injunction] must file with the Clerk's Office, and deliver to the moving party, all counter or opposing affidavits, and a responsive brief, not later than at least seven (7) days before the hearing (Rule 6(c), Fed.R.Civ.P.)" In accordance with Magistrate Judge Flynn's September 4, 2018 Order and Local Rule 4.06(b)(3), Mattress Firm filed on September 17, 2018, the following filings:

    1.    Mattress Firm, Inc.'s Response in Opposition to Plaintiffs' Motion for Preliminary Injunction (Doc. 45);

    2.    Declaration of Steve Stagner (Doc. 45-1);

    3.    Declaration of Christy Sherrick (Doc. 45-2);

4. Declaration of John Davidson Brummett, Jr. (Doc. 45-3);

5. Declaration of Jonathan E. Hochman (Doc. 45-4); and

6. Declaration of Andrea Alvarez (Doc. 45-5);

Notably, Mattress Firm's September 17, 2018 filings did not include the exhibits that Mattress Firm has now filed as Putnam Exhibits A, B, and C at Docket Entry No. 72 (collectively the "Putnam Exhibits").

On September 21, 2018, Magistrate Judge Flynn entered an Order stating that "[w]ith respect to Plaintiffs' Motion for Preliminary Injunction and Defendants' response in opposition, the parties may supplement their briefs with *additional photographs*." Order, ¶ 2 (emphasis added). The Order directed the parties "to confer and to provide to each other a copy of the additional photographs intended to be used at the hearing. *Id.* Further, the Order directed the parties to "file with the Court the *additional photographs* by no later than the end of the business day on September 24, 2018." *Id.* (emphasis added). Magistrate Judge Flynn's Order did not, however, permit the filing or submission of any additional materials in opposition to the Motion for Preliminary Injunction.

Pursuant to the directive in Magistrate Judge Flynn's Order, the parties exchanged copies of their respective additional photos on September 24, 2018 at approximately 3:00 pm. Upon receipt of Mattress Firm's proposed filing of the Putnam Exhibits, counsel for Plaintiffs' emailed counsel for Mattress Firm and noted Plaintiffs' objection to the untimely submission of additional papers in support of Mattress Firm's opposition. *See* Email from Suzanne Hill to Irene Bassel Frick dated September 24, 2018 at 3:57 p.m. attached as **Ex. A**. Ms. Frick responded stating that she is unable to confer without first conferring with lead

counsel who was in transit at the time. *See* Email from Ms. Bassel Frick to Ms. Hill sent at 4:43 p.m. 9/24/2018 attached as **Ex. B**. However, to comply with Magistrate Judge Flynn's Order directing the parties to file their "additional photographs" before the close of business on September 24, 2018, Mattress Firm proceeded to file the Putnam Exhibits even though the parties still were conferring about the propriety of Mattress Firm filing those materials. *See* Doc. No. 72, *see also* Email from Ms. Bassel Frick to Ms. Hill sent at 5:11 p.m. 9/24/2018 attached as **Ex. C**. The parties being unable to resolve this dispute has necessitated the filing of this Objection and Motion to Strike.

Pursuant to Magistrate Judge Flynn's September 21, 2018 Order, Mattress Firm filed the Putnam Exhibits [Doc. 72] under the guise of the Court's leave to file "additional photographs". The Putnam Exhibits, however, go far beyond the filing of additional photographs and instead include what purport to be Tempur-Pedic marketing materials/presentations which in all events are unauthenticated. *See, e.g.* Putnam Ex. A (titled "Tempur-Pedic Retail Graphics, Oslo Rollout dated February 13, 2014"), Ex. B (titled "Meet the all-new TEMPUR-Ergo Premier", "It's the Ultimate companion for your Tempur-Pedic mattress"), and Ex. C (titled "We reinvented the mattress. Again." "Tempur-Pedic").

At the hearing conducted September 21, 2018, counsel for Mattress Firm advised the Court that Mattress Firm wanted to supplement its previous filing with "high-resolution" photographs of the images included in its opposition papers, indicating that there was some degradation of information when its photos were converted to pdf format. Following this discussion, the Court granted to leave to all parties to file additional photographs. However, the Putnam exhibits are not mattress Firm's "additional photographs". They do not constitute

high resolution copies of photograph's previously submitted. Nor do they constitute additional photographs taken by Mattress Firm.

Mattress Firm's filing of the Putnam Exhibits is clearly intended to be in support of Mattress Firm's opposition to Plaintiffs' Motion for Preliminary Injunction and is untimely pursuant to Magistrate Judge Flynn's September 4, 2018 Order and untimely under Local Rule 4.06(b)(3). Yesterday's filing is only one day before the September 25, 2018 hearing on Plaintiffs' Motion for Preliminary Injunction, and the marketing materials go far beyond the leave granted by Magistrate Judge Flynn's September 21, 2018 Order permitting the parties to supplement their briefs with "additional photographs."[1]

As such, Plaintiffs object to Putnam Exhibits A, B and C, and for the reasons stated herein, move to strike Docket No. 72 and the Putnam exhibits from the record.

WHEREFORE, Plaintiffs, Tempur-Pedic North America, LLC, Tempur-Pedic Management, LLC, and Dan-Foam ApS, object to the filing by Defendant, Mattress Firm, Inc., at Docket No. 72, specifically Putnam Exhibit A, Putnam Exhibit B, and Putnam Exhibit C, move to strike the same from the record, and request any further relief deemed appropriate under the circumstances.

---

[1] Counsel for Mattress Firm complains of Plaintiffs' submission of additional declarations in support of Plaintiffs' additional photographs. However, this objection is without merit. The Declarations of Ms. Doussard, Mr. Schachter and Mr. Barksdale make clear on their face that they merely authenticate for the record Plaintiffs' additional photographs being submitted pursuant to Magistrate Judge Flynn's September 21, 2018 Order. *See* Doc. No. 73 (Ex. 1 Declaration of Stephanie Dussourd authenticating the photographs she personally took; Ex. 2 Declaration of Jeremy Schachter authenticating a photograph he personally took and a photograph he received from third party Colonial LLC; and Ex. 3 Declaration of John D. Barksdale authenticating photographs he personally took).

## LOCAL RULE 3.01(g) CERTIFICATION

The undersigned counsel Suzanne Barto Hill certifies that this Motion is made in good faith and not for purposes of undue delay. The undersigned counsel further certifies that, pursuant to Local Rule 3.01(g), counsel for Plaintiffs conferred with counsel for Defendant Mattress Firm, Inc. regarding the relief sought. During the course of that meet and confer which started on September 24, 2018, counsel for Mattress Firm advised that she needed to confer with lead counsel, but would get back to the undersigned by no later than 9:00 am today, September 25, 2018. As of the filing of this Motion, the undersigned did not receive a further response from counsel for Mattress Firm. Since Mattress Firm has not withdrawn the objectionable filing at Docket No. 72, and since the hearing on Plaintiffs' Motion for Preliminary Injunction is scheduled to be heard at 2:00 pm this afternoon, feeling that time is of the essence, Plaintiffs' assume that Mattress Firm opposes this motion. Should Mattress Firm advise to the contrary in advance of the hearing, counsel for Plaintiffs' will promptly notify the Court.

Respectfully submitted,

*/s/ Sara S. Whitehead*
SUZANNE BARTO HILL, ESQUIRE
Florida Bar No.: 0846694
E-mail: shill@rumberger.com (primary)
docketingorlando@rumberger.com and
shillsecy@rumberger.com (secondary)
RUMBERGER, KIRK, & CALDWELL, P.A.
A Professional Association
Lincoln Plaza, Suite 1400
300 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802

Tel: 407-872-7300
Fax: (407) 841-2133

SARA S. WHITEHEAD, ESQUIRE
Florida Bar No. 0099218
E-mail: swhitehead@rumberger.com
Secondary emails:
swhiteheadsecy@rumberger.com;
docketingtpa@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
A Professional Association
100 North Tampa Street, Suite 2000
Post Office Box 3390
Tampa, Florida 33601-3390
Telephone: (813) 223-4253
Telecopier: (813) 221-4752

EDWARD F. MALUF, ESQUIRE
(Admitted *pro hac vice*)
Email: emaluf@seyfarth.com
JEREMY A. SCHACHTER, ESQUIRE
(Admitted *pro hac vice)*
Email: jschachter@seyfarth.com
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018
(212) 218-5500

BRANDON L. BIGELOW, ESQUIRE
(Admitted *pro hac vice*)
bbigelow@seyfarth.com
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 300
Boston, MA 02210
Telephone: (617) 946-4800

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 25, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Richard H. Martin, Esquire at Richard.Martin@akerman.com;, Irene Bassel Frick, Esquire at Irene.Basselfrick@akerman.com, Jason L. Margolin, Esquire at Jason.Margolin@akerman.com, and John B. Thomas, Esquire at jthomas@hicks-thomas.com, Robin L. Harrison at rharrison@hicks-thomas.com and Joseph Agostino, Esquire at Agostinoj@gtlaw.com (Counsel for Defendant, Mattress Firm, Inc.); and Jillian M. Askren, Esquire at askrenj@gtlaw.com and Christopher Torres, Esquire at torresch@gtlaw.com (Counsel for Ther-A-Pedic Associates, Inc.); and Frank Mari, Esquire at FMari@bellroperlaw.com (Counsel for Sinomax Group Limited and Sinomax USA).

/s/ *Sara S. Whitehead*
SUZANNE BARTO HILL, ESQUIRE
Florida Bar No.: 0846694
E-mail: shill@rumberger.com
Secondary emails: shillsecy@rumberger.com; @rumberger.com
RUMBERGER, KIRK, & CALDWELL, P.A.
A Professional Association
Lincoln Plaza, Suite 1400
300 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802
(407) 872-7300
Tel: 407-872-7300
Fax: (407) 841-2133

SARA S. WHITEHEAD, ESQUIRE
Florida Bar No. 0099218
E-mail: swhitehead@rumberger.com

Secondary emails:
swhiteheadsecy@rumberger.com;
docketingtpa@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
A Professional Association
100 North Tampa Street, Suite 2000
Post Office Box 3390
Tampa, Florida 33601-3390
Telephone: (813) 223-4253
Telecopier: (813) 221-4752

EDWARD F. MALUF, ESQUIRE
(Admitted *pro hac vice*)
Email: emaluf@seyfarth.com
JEREMY A. SCHACHTER, ESQUIRE
(Admitted *pro hac vice)*
Email: jschachter@seyfarth.com
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018
(212) 218-5500

BRANDON L. BIGELOW, ESQUIRE
(Admitted *pro hac vice*)
bbigelow@seyfarth.com
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 300
Boston, MA 02210
Telephone: (617) 946-4800

*Attorneys for Plaintiffs*